IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No.: 4:26-cv-00014-BO

| | | |
|---|---|---|
| BRENDA GEIGER, EVA PEPAJ, JANET GUZMAN, LUCY PINDER, and ROSA ACOSTA,<br><br>Plaintiff,<br><br>v.<br><br>THEE BODY SHOP CABARET CORPORATION d/b/a THEE BODY SHOP CABARET,<br><br>Defendant. | ) | **ENTRY OF DEFAULT** |

THIS CAUSE having come before the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Complaint in the case, and upon application by the Plaintiff's Brenda Geiger, Eva Pepaj, Janet Guzman, Lucy Pinder, and Rosa Acosta, through their Motion for Entry of Default, it appearing to the Court that the Defendant Thee Body Shop Cabaret Corporation d/b/a Thee Body Shop Cabaret, is in default for failure to appear or serve a response to the Summons and Complaint

NOW THEREFORE, DEFAULT is hereby entered against Defendants.

This the 7 day of October, 2026.

[signature]
Peter A. Moore, Jr., Clerk of Court